IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TRACY FLANAGAN, *individually and as special administrator for the Estate of Q.F., a deceased minor*,<br><br>    Plaintiff,<br><br>    vs.<br><br>ABBOTT LABORATORIES,INC.,<br><br>    Defendant. | Case No. 14-cv-302 JPG/SCW |

**MEMORANDUM AND ORDER**

Upon review, it appears that this case is related to *Alexander, et al. v. Abbott Laboratories, Inc.*, 3:12-cv-52-DRH-SCW, and other cases in this district asserting injury from Depakote or other similar products manufactured by defendant Abbott Laboratories, Inc.  All of those cases were assigned to District Judge David R. Herndon and Magistrate Judge Stephen C. Williams.  Accordingly, to preserve judicial economy, for the convenience of the parties and to avoid inconsistent judgments, the undersigned judge hereby **TRANSFERS** this case to Judge Herndon and Magistrate Judge Williams for all further proceedings. All further documents shall bear Case No. 14-cv-302-DRH-SCW.

    **IT IS SO ORDERED.**

    **DATED:** March 6, 2014

                    *s/J. Phil Gilbert*
                    **U.S.DISTRICT JUDGE**